**[Dntcdfpp]** [District Notice of Deficient Filing Post Petition]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                             Case No. 8:25−bk−07525−CED
                                                                                   Chapter 7

Joseph Conrad Sheehan

Norah Elizabeth Sheehan



_____Debtor*_____/


NOTICE OF DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On October 13, 2025, Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the date of this notice unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Tampa Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date−stamped and filed on the date the Clerk's Office receives them − not the date they are placed in the mail, postmarked, or given to another delivery service.

A link to updated forms is available on the Court's website at: https://www.flmb.uscourts.gov/forms/.

   Creditors were added with the filing of the Debtor's Schedules and after the court issued the Notice of Chapter 7 Case. The Debtor is directed to serve a copy of the Notice of Chapter 7 Case that contains the full social security number of the Debtor upon all creditors added after the initial notice was issued and file proof of service of the notice within 14 days from the date of this notice. The social security number must be redacted on the proof of service or its attachments filed with the Court.


                                                   FOR THE COURT
   Dated: October 27, 2025                         Jose A Rodriguez , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.